# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159865-7(207)

SEBASTIAN KUHLGERT, Conservator of
ELISABETH OSTENDORF,
        Plaintiff-Appellee,

v

MICHIGAN STATE UNIVERSITY, and
BOARD OF TRUSTEES OF MICHIGAN
STATE UNIVERSITY,
        Defendants,
and

UNITED EDUCATORS,
        Intervening Defendant-Appellant.
_____

ELISABETH OSTENDORF,
        Plaintiff-Appellee,
and

UNITED EDUCATORS,
        Intervening Plaintiff-Appellant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Intervening Plaintiff,

v

MICHIGAN STATE UNIVERSITY,
        Defendant-Appellee.
_____/

SC: 159865, 159866
COA: 332442, 338363
Ct of Claims: 15-000047-MZ

SC: 159867
COA: 344533
MCAC: 17-000013

On order of the Chief Justice, the motion of appellant United Educators to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 27, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____August 23, 2019_____     

                                             Clerk